Order entered October 12, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

---

### No. 05-12-00520-CR

---

### HENRY ARNOLD, Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

**On Appeal from the County Criminal Court No. 1
Dallas County, Texas
Trial Court Cause No. MB09-31021**

---

## ORDER

The Court **REINSTATES** this appeal.

On August 15, 2012, based on correspondence we had received from court reporter Yolanda Atkins stating that the SD card on which this case had been recorded was stolen, we ordered the trial court to make findings regarding the record. We **ADOPT** the findings that: (1) appellant requested and paid for the record; (2) Ms. Atkins stated that the only portion of the record she is able to recover and transcribe and closing arguments and sentencing because that portion had already been transcribed and backed up; (3) the audio recording made by Ms. Atkins on a cassette tape has been recorded over; (4) appellant is not at fault for the loss or destruction of the record; (5) the parties cannot agree on a substituted record; (6) the Dallas County District

Attorney's Office asked for additional time to see of any part of the audio recording can be retrieved.

We **ORDER** court reporter Yolanda Atkins to file, within **THIRTY DAYS** of the date of this order, the reporter's record from closing arguments and sentencing.

We **ORDER** the parties to file, within **THIRTY DAYS** of the date of this order a written stipulation stating either: (1) the portion, if any, of the audio recording could be retrieved; and (2) whether the parties can agree to the content of that transcription; or (3) that no portion of the audio recording can be retrieved.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the following:

- Honorable Dan Patterson, Presiding Judge, County Criminal Court No. 1;

- Yolanda Atkins, Court Reporter; and

- Counsel for all parties.

DAVID L. BRIDGES
JUSTICE